UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KIMBERLY DOTSON, JENNIFER CONNOR, and AMANDA MCCONNELL,** individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>**TZ INSURANCE SOLUTIONS, LLC d.b.a. TRANZACT**, a New Jersey Company,<br><br>    Defendant. | Case No. 2:25-cv-13323-BRM-MAH<br><br>Hon.: Brian R. Martinotti<br><br>Mag.: Michael A. Hammer |

**JOINT MOTION TO ADJOURN RULE 26 REPORT AND SCHEDULING CONFERENCE FOR TEN (10) DAYS**

Plaintiffs, Kimberly Dotson, Jennifer Connor, and Amanda McConnell (collectively "Plaintiffs"), and Defendant, TZ Insurance Solutions LLC ("Defendant") (together the "Parties"), hereby jointly move the court for a ten-day extension of the date to file a Joint Rule 26 Report and appear for a scheduling conference.

On January 6, 2026, the Court issued a text order instructing the Parties to file a joint discovery plan by February 3, 2026, and to appear for a scheduling conference on February 6, 2026. Doc. 42. On February 3, 2026, several substantial disagreements remained between the Parties regarding the proposed discovery plan. However, the Parties request a ten-day extension to continue discussions regarding these disagreements, and if they cannot resolve all of the remaining disagreements, then they will submit a discovery plan that outlines the Parties' positions on any of the remaining disputed issues.

This request for an extension is sought for good cause and will not prejudice either party.

| | |
|---|---|
| **Morgan & Morgan** | **LITTLER MENDELSON, P.C.** |
| **BROWN, LLC** | *Attorneys for Defendant* |
| **Ash Law, PLLC** | *TZ Insurance Solutions LLC* |
| *Attorneys for Plaintiffs* | |
| *Kimberly Dotson* | |
| *Jennifer Conner* | |
| *Amanda McConnell* | |
| | |
| **By: /s/ *Andrew Frisch*** | **By: /s/ *Marcy Gilroy*** |
|    Andrew Frisch |    Marcy Gilroy |
|    Angeli Murthy |    Alex Frondorf |
|    Charles Ash |    Katherine Mills |
| | |
| **Dated: February 3, 2026** | **Dated: February 3, 2026** |